UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

OSCAR ODEL MEMBRENO-ARANA,

Petitioner,

v.                                                          CAUSE NO. 3:26cv642 DRL-SJF

BRIAN ENGLISH,

Respondent.

## ORDER

The respondent, by counsel, filed a notice certifying that he has complied with the order granting conditional habeas relief by conducting an initial informal interview on June 23, 2026. ECF 15. The court entered the order granting conditional habeas relief on June 18, 2026. ECF 12.

For these reasons, the court DIRECTS the clerk to enter judgment consistent with the order granting conditional habeas relief (ECF 12) and to close this case.

SO ORDERED.

July 14, 2026                                    s/ Damon R. Leichty
                                                 Judge, United States District Court